| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br>FERNANDEZ, FERDINAND F. | 2. Court or Organization<br>NINTH CIRCUIT COURT OF APPEALS | 3. Date of Report<br>4/15/10 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. CIRCUIT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br>1/1/09 to 12/31/09 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Fernandez, Ferdinand F.

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/15/10 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/15/10 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. West Publishing G | Books | $1154.50 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/15/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Accts at U.S. Bank (formerly Pomona Fst. Fed) | See Item 11, below | | | | | | | | |
| 2. Accts at Wells Fargo Bank | C | Int | M | T | | | | | |
| 3. Accts at JPMorgan Chase Bank | C | Int | L | T | | | | | |
| 4. Accts at Bank of America | B | Int. | L | T | | | | | |
| 5. Accts at U.S. Bank (formerly Downey Savgs) | See Item 11 below. | | | | | | | | |
| 6. Accts at Union Bank | C | Int. | L | T | | | | | |
| 7. Accts at Community Bank | B | Int | L | T | | | | | |
| 8. Accts at Calif. Bank and Trust (formerly vineyard) | C | Int | L | T | | | | | |
| 9. Accts at Wells Fargo Bank (formerly Wachovia) | See Item 2 above | | | | | | | | |
| 10. Accts at Pacific Western Bank | C | Int. | L | T | | | | | |
| 11. Accts at U.S. Bank | D | Int | M | T | | | | | |
| 12. Accts at Community Commerce Bank | C | Int. | M | T | | | | | |
| 13. Accts at Bank of the West | A | Int | L | T | | | | | |
| 14. Acct at Comerica Bank | None | | L | T | | | | | |
| 15. Acct at First Bank of Georgia | C | Int | | | Close | 1/30 | L | | |
| 16. Acct at Access Nat. Bank | None | | | | Open | 2/4 | L | | |
| 17. Am Fund Small Cap World CI A | A | Div | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less P =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/15/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18 Am. Fund Cap Income Builder, C/A. | B | Div | L | T | Distrib from IRA | 1/22 | K | | |
| 19. Am Fund New Economy C/A | A | Div | J | T | | | | | |
| 20 Income Fund of America, C/A | A | Div | K | T | Distrib from IRA | 1/22 | J | | |
| 21 Am Cap Fund C/A | A | Div | J | T | | | | | |
| 22 Am Fund Balanced Fund C/A | A | Div | J | T | | | | | |
| 23 Am Fund Capital World Growth Fund C/A | A | Div | K | T | | | | | |
| 24 Am Fund Euro Pacific Growth Fund C/A | A | Div. | K | T | | | | | |
| 25 Am Fund Growth Fund C/A | A | Div. | K | T | | | | | |
| 26 Am Fund Investment Company of America C/A | A | Div. | J | T | | | | | |
| 27 Am Fund New World Growth Fund C/A | A | Div. | K | T | | | | | |
| 28 Washington Mutual Inv. Fund C/A | A | Div. | K | T | | | | | |
| 29 Van Kampen Enterprise Fund C/A | A | Div | J | T | | | | | |
| 30 Van Kampen Cap Growth Fund C/A | A | Div. | K | T | | | | | |
| 31 Van Kampen Real Estate Sec. Fund C/A | A | Div. | K | T | | | | | |
| 32 Van Kampen Comstock Fund C/A | A | Div | J | T | Distrib from IRA | 1/22 | J | | |
| 33 IRA (Items 34-40) (Note: Items 66-72 in prior report) | | | | | | | | | |
| 34 Select Notes Trust Sec. LT #5 | A | Int. | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less
   B = $1,001 - $2,500
   C = $2,501 - $5,000
   D = $5,001 - $15,000
   E = $15,001 - $50,000
   F = $50,001 - $100,000
   G = $100,001 - $1,000,000
   H1 = $1,000,001 - $5,000,000
   H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J = $15,000 or less
   K = $15,001 - $50,000
   L = $50,001 - $100,000
   M = $100,001 - $250,000
   N = $250,001 - $500,000
   O = $500,001 - $1,000,000
   P1 = $1,000,001 - $5,000,000
   P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000
   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal
   R = Cost (Real Estate Only)
   S = Assessment
   T = Cash Market
   U = Book Value
   V = Other
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/15/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35 GNMA Pool cert. | A | Int. | J | T | | | | | |
| 36 Am Fund Cap. Inc Bulder cl A | A | Div | J | T | Partial Distrib | 1/22 | K | | |
| 37 Am. Fund Growth Fund of Am. cl A | A | Div | J | T | | | | | |
| 38 Am Fund Inc. Fund of Am. cl A | A | Div | None | | Distrib | 1/22 | J | | |
| 39 Van Kampen Comstock Fund cl A | A | Div | None | | Distrib | 1/22 | J | | |
| 40 Van Kampen Enterprise Fund cl A | A | Div | J | T | | | | | |
| 41 U.S. T. Bills | A | Int. | K | T | | | | | |
| 42 U.S. T Bills | A | Int | L | T | | | | | |
| 43 U.S. T Bills | A | Int | K | T | | | | | |
| 44 U.S. T Bills | A | Int | K | T | | | | | |
| 45 U.S. T Bills | A | Int | K | T | | | | | |
| 46 U.S. T Bills | A | Int | K | T | | | | | |
| 47 U.S. T Bills | A | Int | K | T | | | | | |
| 48 U.S. T Bills | A | Int | K | T | | | | | |
| 49 U.S. T Bills | B | Int | N | T | | | | | |
| 50 U.S. T Bills | A | Int | L | T | | | | | |
| 51 U.S. T Bills | A | Int | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERMANDEE, FERDINAND F | 4/15/10 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 Trust #1; Income Beneficiary (Items 53-71) | | | | | | | | | |
| 53 (a) Wells Fargo, Tee. | | | | | | | | | |
| 54 (i) Wells Fargo Common Trust Funds & Cash | C | Div/Int | L | T | | | | | |
| 55 (ii) I shares MSCI Emersion Mkts | A | Div | None | | Sell | 2/11 | J | A | |
| 56 (iii) Vanguard REIT Viper | A | Div. | J | T | Buy | 2/11 | J | — | |
| 57 Templeton Global Bond Fund #616 | A | Div | J | T | | | | | |
| 58 Epich U.S. Equity Fund (Emond Epich US Large Cap Equity) | A | Div | J | T | | | | | |
| 59 I shares Russell 1000 Growth | A | Div | None | | Sold | 2/11 | J | A | |
| 60 I shares TR Russell 1000 Index Fund | A | Div | None | | Sold | 2/11 | J | A | |
| 61 I shares TR Russell Midcap Index Fund | A | Div | None | | Sold | 2/11 | J | A | |
| 62 I shares TR Dow Jones Real Estate Index | A | Div | None | | Sold | 2/11 | J | A | |
| 63 Hussman Strategic Growth Fund #601 | A | Div. | J | T | | | | | |
| 64 Powershares DB Commodity Index | A | Div. | J | T | | | | | |
| 65 I shares MSCI EAFE | A | Div. | K | T | | | | | |
| 66 I shares Corporate Bond Fund | A | Div. | J | T | Buy | 2/11 | J | — | |
| 67 I shares TR S&P Midcap | A | Div | J | T | Buy | 2/11 | J | — | |
| 68 Keeley Small Cap Value Fund | A | Div | J | T | Buy / Buy | 4/21 / 8/12 | J | — | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F. | 4/15/10 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69 Vanguard Emerging Mkt. ETF | A | Dir. | ✓ | T | Buy | 2/11 | ✓ | — | |
| 70 SPDR DJ Wilshire Int'l Real Estate | A | Div | ✓ | T | Buy | 2/11 | ✓ | | |
| 71 (b) Real Prop. in Clifton AZ (Trusted) | None | J | W | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8 | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16 | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 8/15/10 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| *FERNANDEZ, FERDINAND F* | *7/15/10* |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

S

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544